```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  HOSGAN TAVIRA,

                                       Plaintiff,           23-CV-1815 (LAK) (KHP)

                 -against-                                        ORDER

CITY OF NEW YORK, ERIK RODRIGUEZ, Individually,
MILAGROS PEREZ, Individually, MELANIE PAGANMERRITT,
Individually, DANIEL TRAVIS, Individually, and JOHN AND
JANE DOE 1 through 10, Individually, (the names John and Jane
Doe being fictitious, as the true names are presently unknown),

                                       Defendants.
-----------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 8/9/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties shall file a joint status letter by **September 12, 2023**, including an update on the parties' compliance with Local Civil Rule 83.10 and mediation.

**SO ORDERED.**

DATED:       New York, New York
             August 9, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge