UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
HOSGAN TAVIRA,

                Plaintiff,

      -against-                                       23-cv-1815 (LAK)(KHP)

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-2023

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court has been informed that the parties have reached an agreement to settle this case. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Wednesday, October 11, 2023, if the agreement has not been fully signed by that date.

       SO ORDERED.

Dated:     September 11, 2023

                                                            Lewis A. Kaplan
                                                United States District Judge